UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 06-CR-20582

v.

MICHAEL BURT,                                 Hon. John Corbett O'Meara

    Defendant.
_____/

**ORDER DENYING DEFENDANT'S
MOTION FOR RECONSIDERATION**

Before the court is Defendant's motion for reconsideration of this court's December 13, 2011 order denying application to proceed *in forma pauperis* on appeal.

Defendant's motion was filed on January 10, 2012, which is outside the fourteen-day period allowed for motions for reconsideration. See LR 7.1(h)(1) ("A motion for rehearing or reconsideration must be filed within 14 days after entry of the judgment or order.). Accordingly, it will be denied as untimely. Further, the court finds that Defendant has failed to "demonstrate a palpable defect by which the court and the parties . . . have been misled." LR 7.1(h)(3). See also L.Cr.R. 12.1(a) ("Motions in criminal cases shall be filed in accordance with the procedures set forth in LR 7.1.").

Therefore, IT IS HEREBY ORDERED that Defendant's motion for reconsideration is DENIED.

                                                      s/John Corbett O'Meara
                                                      United States District Judge

Date: March 7, 2012

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, March 7, 2012, using the ECF system and/or ordinary mail.

            s/William Barkholz
            Case Manager